FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUL 31 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In the Matter of THE PETITION OF KEVIN GREEN, on behalf of his son, decedent, Sgt. LASHAWN DONNELL EVANS To Preserve Evidence in Aid of Anticipated Litigation Pursuant to Rule 27 of the Federal Rules of Civil Procedure.
-----------------------------------------------------------------X

[Proposed]
ORDER

MISC. cv12 0507
BRODIE, J.

On July 30, 2012, the Petitioner, Kevin Green, filed a Verified Petition in the captioned action seeking to preserve evidence for an anticipated wrongful death lawsuit pertaining to his son, decedent, Sgt. LaShawn Donnell Evans.

The Court has reviewed the Verified Petition and supporting Memorandum of Law of Kevin Green's counsel, the Law Office of Jeffrey S. Schwartz, LLC., dated July 30, 2012 and finds that the conditions of granting the Verified Petition under Rule 27 appear to exist.

The Verified Petition and supporting Memorandum of Law has demonstrated to the Court's satisfaction that good cause appeared and

**ACCORDINGLY, IT IS HEREBY**

**ORDERED,** that the request for the subpoenas to Sprint Nextel Corp, AT&T, Inc. and T-Mobile USA Inc. for all cell phone calls, texts, and cell tower locations for data/calls made and received from these three cell phone numbers, respectively, 803-369-3707 (Sprint ), 803-586-3408 (AT&T), and 803-404-4870 (T-Mobile) from the period of

January 1, 2011 through September 1, 2011 be granted.

Dated: _____

SO **ORDERED**:

_____
U.S.D.J.